IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-10956
Summary Calendar
_____

UNITED STATES OF AMERICA

            Plaintiff - Appellee

    v.

ABDUL FAROOQUE, also known as Junior,
    also known as Gulu, also known as Fnu Lnu

            Defendant - Appellant

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:98-CR-381-2-T
--------------------
June 7, 2000

Before KING, Chief Judge, and SMITH and EMILIO M. GARZA, Circuit
Judges.

PER CURIAM:[*]

    The Federal Public Defender appointed to represent Abdul

Farooque has moved for leave to withdraw and has filed a brief as

required by Anders v. California, 386 U.S. 738 (1967).  Farooque

has filed a response to counsel's motion to withdraw.  Our

independent review of counsel's brief, Farooque's response, and

the record discloses no nonfrivolous issue.  Accordingly,

counsel's motion for leave to withdraw is GRANTED, counsel is

--------

    [*]  Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

excused from further responsibilities herein, and the APPEAL IS

DISMISSED.  <u>See</u> 5TH CIR. R. 42.2.